**DENTONS**

Karla Del Pozo García
Managing Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/04/2024

> **APPLICATION GRANTED:** the Initial Conference set for 12/5/2024 at 11:30 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, January 22, 2025 at 2:30 p.m.
>
> APPLICATION GRANTED
>
> /s/ Katharine H. Parker
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 12/04/2024

December 3, 2024

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Lawrence v. 240 Elizabeth Owner LLC et al.;* Case No. 1:24-cv-07211-PAE-KHP

Dear Judge Parker:

We represent Defendants Clare V., LLC and Clare V., The Shop, New York, LLC ("Defendants") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move the Court to adjourn the initial conference set for December 5, 2024 by thirty (30) days or the next available Court date thereafter.

This request will allow the initial conference to take place after Defendant's deadline to respond to the Complaint, which is currently December 11, 2024 (Dkt. #13), and will facilitate the parties' efforts to directly negotiate the voluntary dismissal of all claims asserted in this action without further litigation.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:    All counsel of record (by ECF)