![Dentons logo]

**Karla Del Pozo García**
Managing Associate

karla.delpozogarcia@dentons.com
D  +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/15/2025

January 14, 2025

<u>VIA ECF</u>

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Lawrence v. 240 Elizabeth Owner LLC et al.;* Case No. 1:24-cv-07211-PAE-KHP

Dear Judge Parker:

We represent Defendants Clare V., LLC and Clare V., The Shop, New York, LLC ("Defendants") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five days (45) days, from January 14, 2025 to February 28, 2025, and adjourn sine die the initial conference scheduled for January 22, 2025 at 2:30pm (Dkt. #15).

The parties have agreed on the principal terms to resolve this matter and the requested stay will permit the parties to finalize said agreement. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

**APPLICATION GRANTED:** In light of the parties' representation that they have settled this matter, the Initial Case Management Conference previously scheduled for <u>January 22, 2025</u> is hereby adjourned sine die.

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.
01/15/2025